UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
HEARTLAND WISCONSIN CORP.,

                      Plaintiff,

-against-

GGMG, INC., et al.,

                      Defendants.
-------------------------------------------------------------------X

JUDGMENT
04-CV- 5137 (DLI)

       An Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on March 13, 2006, dismissing the case, without prejudice, for lack of prosecution; it is

       ORDERED and ADJUDGED that plaintiff take nothing of the defendants; and that the case is dismissed, without prejudice, for lack of prosecution.

Dated: Brooklyn, New York
       March 13, 2006

                                                    ROBERT C. HEINEMANN
                                                    Clerk of Court